458 A.2d 265

Commonwealth v. Morris, Appellant.
Petition for Allowance of Appeal
Denied July 14, 1983.

Submitted June 4, 1982. Burton A. Rose, for appellant; Robert B. Lawler, Assistant District Attorney, for Commonwealth, appellee.

Before HESTER, CIRILLO and JOHNSON, JJ.

The judgment of sentence is affirmed.

458 A.2d 265

Commonwealth v. Sawyer, Appellant.
Petition for Allowance of Appeal
Denied July 25, 1983.

Submitted May 20, 1982. John H. Corbett, Jr., Public Defender, for appellant; Robert L. Eberhardt, Deputy District Attorney, for Commonwealth, appellee.

Before HESTER, McEWEN and JOHNSON, JJ.

Judgment of sentence affirmed.